UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-1688

_____

SYED FARHAJ HASSAN;
THE COUNCIL OF IMAMS IN NEW JERSEY;
MUSLIM STUDENTS ASSOCIATION OF THE U.S.
AND CANADA, INC.;
ALL BODY SHOP INSIDE & OUTSIDE;
UNITY BEEF SAUSAGE COMPANY;
MUSLIM FOUNDATION INC.; MOIZ MOHAMMED; JANE DOE; SOOFIA TAHIR;
ZAIMAH ABDUR-RAHIM;
ABDUL-HAKIM ABDULLAH,

Appellants

v.

THE CITY OF NEW YORK

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-12-cv-03401)
District Judge: Honorable William J. Martini

_____

Argued January 13, 2015

Before: AMBRO, FUENTES, and ROTH, Circuit Judges

(Opinion filed October 13, 2015)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the published Opinion in the above case filed
October 13, 2015, be amended as follows:

On page 49, in the first full paragraph, second sentence, third and fourth lines down, replace "In holding gender to be" with "In concluding that gender is" and in the same paragraph, fifth line down, replace "the Supreme Court" with "Justice Brennan" so that the entire phrase reads:  "In concluding that gender is a "quasi-suspect" classification deserving of intermediate scrutiny, Justice Brennan noted, for instance, . . ."

On page 49, in the second full paragraph, first sentence, third line down, replace "*Frontiero* Court" with "*Frontiero* plurality"

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:         February 2, 2016
SLC/cc:     Counsel of Record